UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERTA A. THOMPSON,

        Plaintiff,                       Case No. 4:06-CV-85

v.                                          Hon. Gordon J. Quist

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

        Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on August 21, 2007. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 21, 2007 (docket no. 19), is **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for attorney's fees (docket no. 13) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's amended motion for attorney's fees (docket no. 16) is **GRANTED**.

Dated: October 12, 2007                                  /s/ Gordon J. Quist
                                                          GORDON J. QUIST
                                                 UNITED STATES DISTRICT JUDGE